

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-10-036-CV

JIM SHAW, DEFENDANT-SURETY                                    APPELLANT

V.

THE STATE OF TEXAS                                            APPELLEE

------------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

In this bond forfeiture case, Appellant Jim Shaw attempts to appeal from the trial court's judgment signed October 16, 2009.[2] Because Appellant timely filed a motion for new trial, his notice of appeal was due January 14, 2010, but

---

[1] *See* Tex. R. App. P. 47.4.

[2] *See* Tex. Code Crim. Proc. Ann. arts. 44.42, 44.44 (Vernon 2006) (providing that bond forfeitures are appealable according to the appellate rules governing civil appeals).

he did not file his notice of appeal until February 3, 2010, which was untimely.[3]

On February 10, 2010, we notified Appellant that his appeal was subject to dismissal for want of jurisdiction unless, by February 22, 2010, he filed a response showing grounds for continuing the appeal.[4]  No response has been filed.  Accordingly, we dismiss this appeal for want of jurisdiction.[5]

                                                                                    PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  March 18, 2010

---

[3] *See* Tex. R. App. P. 26.1(a)(1).

[4] *See* Tex. R. App. P. 42.3(a).

[5] *See* Tex. R. App. P. 42.3(a), 43.2(f).